■ HENRY LANDGREN, Appellant, v. PAT DAMIANI, Individually and as Business Manager of Local 363 International Brotherhood of Electrical Workers, et al., Respondents.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.

■ ESTELLE LUDGATE, Respondent, v. MOTORLEASE CORPORATION et al., Appellants.

Christ, P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.

■ GEORGE E. LYONS, Plaintiff, and DORIS LYONS, Appellant, v. KEVIN MAKENZIE, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.